1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES LIABILITY INSURANCE COMPANY, | Case No. 1:24-cv-01602-SAB |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME TO COMPLETE SERVICE AND CONTINUING SCHEDULING CONFERENCE TO JUNE 5, 2025 |
| v. | |
| NEWLINE TRANSPORT, INC., et al. | (ECF No. 16) |
| Defendants. | |

Plaintiff commenced this action on December 30, 2024.  (ECF No. 1).  The mandatory scheduling conference is currently set for April 24, 2025.  On March 18, 2025, Plaintiff filed a notice regarding the status of service on Defendant Newline Transport, Inc. ("Newline").  (ECF No. 16.)   Therein, Plaintiff confirms service has not been properly effected on Newline; however, Plaintiff was recently contacted by an attorney who claimed he represents Newline. Plaintiff therefore requests a thirty-day extension of time to effect service or obtain a waiver of service from Newline's counsel.

The Court finds good cause to extend the deadline to effect service and will continue the mandatory scheduling conference to accommodate the extension.[1]

///

---

[1] Any stipulation to set aside the entry of default against Defendant Gurginder Singh should be filed by the extended service deadline.

Accordingly, IT IS HEREBY ORDERED that:

1.    Plaintiff's request for an extension of time to effect service upon Defendant Newline Transport, Inc. (ECF No. 16) is GRANTED;

2.    The deadline for Plaintiff to complete service is extended by **thirty (30) days**. Plaintiff SHALL file proof of service of the summons and complaint so the Court has a record of service; and

3.    The scheduling conference currently set for April 24, 2025, is CONTINUED to **June 5, 2025**, at **10:00 a.m.** in **Courtroom 9.**  The parties SHALL file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:    **March 19, 2025**

STANLEY A. BOONE
United States Magistrate Judge