# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES LIABILITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NEWLINE TRANSPORT, INC., et al.,<br><br>Defendants. | Case No. 1:24-cv-01602-JLT-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME IN WHICH FOR DEFENDANT NEWLINE TRANSPORT, INC. TO ANSWER<br><br>(ECF No. 23) |

Before the Court is a stipulation to extend the time in which Defendant Newline Transport, Inc. ("Newline") may answer filed by Plaintiff United States Liability Insurance Company and Defendant Newline. For good cause shown, the Court approves the stipulation and ORDERS that Defendant Newline shall have through May 22, 2025, to answer or otherwise respond to the complaint.

IT IS SO ORDERED.

Dated: **May 6, 2025**

STANLEY A. BOONE
United States Magistrate Judge