# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES LIABILITY INSURANCE COMPANY, | Case No. 1:24-cv-01602-JLT-SAB |
|---|---|
| Plaintiff, | ORDER VACATING SCHEDULING CONFERENCE AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS AS TO DEFENDANT NEWLINE TRANSPORT, INC |
| v. | |
| NEWLINE TRANSPORT, INC., et al., | |
| Defendants. | (ECF No. 23) |

On May 22, 2025, the parties filed a notice of settlement, informing the Court that Plaintiff United States Liability Insurance Company and Defendant Newline Transport, Inc., have reached a settlement and that dispositional documents will be filed no later than June 23, 2025. (ECF No. 25.) Because default has been entered against the only other Defendant in this action, Gurjinder Singh, the Court shall vacate the June 5, 2025 scheduling conference. (ECF No. 11.)

Accordingly, pursuant to the notice, it is HEREBY ORDERED that:

1. The scheduling conference set for June 5, 2025 is VACATED; and

///

///

///

///

///

2. The parties shall file dispositional documents **no later than June 23, 2025**. Any request for an extension shall be supported by good cause. L.R. 160(b). <u>If the dispositional documents do not dismiss the action in its entirety against both Defendants, the Court shall set a deadline for Plaintiff to file a motion for default judgment against Defendant Gurjinder Singh</u>.

IT IS SO ORDERED.

Dated:   **May 22, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2