# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES LIABILITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NEWLINE TRANSPORT, INC., et al.,<br><br>Defendants. | Case No. 1:24-cv-01602-JLT-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE DEFENDANT GURJINDER SINGH<br><br>(ECF No. 28) |

On June 13, 2025, Plaintiff filed a notice of voluntary dismissal of the action without prejudice as to Defendant Gurjinder Singh, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

"[U]nder Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999), quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078; see also Pedrina v. Chun, 987 F.2d 608, 609 (9th Cir. 1993). In this action, no defendant has filed an answer, other responsive pleading, or motion for

summary judgment.

Accordingly, the Clerk of the Court is HEREBY ORDERED to TERMINATE Defendant Gurjinder Singh in this action.

IT IS SO ORDERED.

Dated: **June 16, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2