# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES LIABILITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NEWLINE TRANSPORT, INC.,<br><br>Defendant. | Case No. 1:24-cv-01602-JLT-SAB<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE UNDERLYING CLAIMANTS<br><br>(ECF No. 34) |

On July 30, 2025, the assigned District Judge directed Plaintiff United States Liability Insurance Company ("USLI") to personally serve Roy Lee Felton, Jr. and Mark Schaefer ("Underlying Claimants"), or arrange for the acceptance of service by counsel, of the complaint, the parties' stipulation and request for judgment, the Court's June 18, 2025 order to show cause, USLI's response, and the Court's July 30, 2025 minute order within seven days.  (ECF No. 33.)

On August 6, 2025, USLI filed a motion for a forty-five day extension of time to serve the Underlying Claimants. (ECF No. 34.)  Having considered the proffered reasons for the forty-five day extension of time, the Court finds good cause to grant Plaintiff's request.

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. USLI's motion for an extension of time (ECF No. 34) is GRANTED; and
2. USLI shall file proof of service of the Underlying Claimants in compliance with the July 30, 2025 minute order (ECF No. 33) **within 45 days** of the date of entry of this order.

IT IS SO ORDERED.

Dated: **August 7, 2025**

STANLEY A. BOONE
United States Magistrate Judge