# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES LIABILITY INSURANCE COMPANY, | Case No. 1:24-cv-01602-JLT-SAB |
|---|---|
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE UNDERLYING CLAIMANT |
| v. | (ECF No. 38) |
| NEWLINE TRANSPORT, INC. | |
| Defendant. | |

On July 30, 2025, the assigned District Judge directed Plaintiff United States Liability Insurance Company ("USLI") to personally serve Roy Lee Felton, Jr. ("Mr. Felton") and Mark Schaefer ("Mr. Schaefer"), or arrange for the acceptance of service by counsel, of the complaint, the parties' stipulation and request for judgment, the Court's June 18, 2025 order to show cause, USLI's response, and the Court's July 30, 2025 minute order within seven days. (ECF No. 33.)

On August 7, 2025, the Court granted USLI's motion for extension of time to serve the underlying claimants. (ECF No. 36.) During this time, USLI states that it has completed service on Mr. Schaefer (ECF No. 37), but it has not been able to serve Mr. Felton despite its efforts. On September 19, 2025, USLI filed a second motion for a forty-five-day extension of time to serve Mr. Felton (ECF No. 38.) Having considered the reasons for the forty-five-day extension of time, the Court finds good cause to grant Plaintiff's request.

Accordingly, IT IS HEREBY ORDERED that:

1. USLI's motion for an extension of time (ECF No. 38) is GRANTED; and
2. USLI shall file proof of service **within 45 days** of the date of entry of this order.

IT IS SO ORDERED.

Dated: **September 22, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2